# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **FELIPE DEL ANGEL, BELINDA RENEE GARCIA, ALBERTO GUERRERO, ANSELMO BARRERA, ARACELI MONTES, MAYRA CANTU, EDGAR IBARRA, MARITZA CARDENAS, ESTELLA PEREZ, GLORIA L. CHAPA, FRANCISCO JAVIER MEDINA, JOSE ALBERTO COVARRUBIA, KAREY VILLARREAL, LAURA RUIZ, MARIA DE HOYOS, MARIA ZUNIGA, PATRICIA GONZALEZ, PEDRO VILLALON, PETRA REYNA, REBECCA VALDEZ, ROSEMARY BERNAL, SABRINA ZAMORA, CARLOS GUZMAN, NORA GONZALEZ, JESUS GARZA, XOCHIL CHIU, ALMA CHAPA, GRACIE ZAMORA, RENATO VALADEZ,** *Individually* **Plaintiffs** *vs* | § § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO.:  7:14-CV-00303** |
| **LA JOYA INDEPENDENT SCHOOL DISTRICT, JOE M. FLORES,** *individually***; JOEL GARCIA SR.** *individually***, JUAN JOSE "J.J." GARZA** *individually***, JESUS "CHUY" AVENDAÑO,** *individually***, OSCAR "COACH" SALINAS** *individually***, AND RICARDO VILLARREAL,** *individually***; ESPARANZA "ESPI" OCHOA,** *individually* **JUAN JOSE "JJ" PENA,** *individually;* **and JOHN V. ALANIZ,** *individually* **Defendants** | § § § § § § § § § § § § | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an Order of Dismissal entered in this action on July 16th, 2015.

Date:  August 14th 2015                    Respectfully Submitted,

/s/ Javier Peña

_____

Javier Peña
Bar No. 1734609
The Pena Law Firm
203 S. 10th Ave
Edinburg, TX 78539
(956) 383-0751
(956) 383-5980 fax
office@penalawfirm.com